**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Tenzer-Fuchs, on behalf of himself and all others similarly situated, <br><br> Plaintiffs, <br><br> -against- <br><br> Harrys.com, Inc., <br><br> Defendant. | Docket No: **2:20-cv-4850** <br><br> **NOTICE OF SETTLEMENT** |

Now comes the Plaintiff Michelle Tenzer-Fuchs, by and through counsel, to provide notice to the Court that the present cause has been settled between the parties, and state:

1. A Settlement Agreement ("Agreement") is in the process of being finalized. Once the Agreement is fully executed, and Plaintiffs have received the consideration required pursuant to the Agreement, the parties will submit a Stipulation of Dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and will therein request that the case be dismissed and closed.

2. The parties respectfully request that the Court stays this case and adjourns all deadlines and conferences for 60 days.

    Respectfully submitted,

    By: /s/*Jonathan Shalom*
    Jonathan Shalom, Esq.
    Jonathan@ShalomLawNY.com
    105-13 Metropolitan Avenue
    Forest Hills, NY 11375
    Tel: (718) 971-9474

    *ATTORNEYS FOR PLAINTIFF*

Dated:    Forest Hills, New York
            December 2, 2020