**UNITED STATES DISTRICT COURT**
<u>**EASTERN DISTRICT OF NEW YORK**</u>

MICHELLE TENZER-FUCHS, on behalf of herself and all others similarly situated,

                Plaintiffs,

-against-

HARRYS.COM, INC.,
                Defendant.

Case No. 2:20-cv-4850

**<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Forest Hills, New York
           December 16, 2020

Respectfully submitted,

By: /s/Jonathan Shalom
Jonathan Shalom, Esq.
SHALOM LAW, PLLC.
Phone: (718) 971-9474
Email: Jonathan@ShalomLawNY.com
*Attorneys for Plaintiff*