**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

MICHELLE TENZER-FUCHS, on behalf of
herself and all others similarly situated,

                  Plaintiffs,

          -against-

HARRYS.COM, INC.,
                  Defendant.

Case No. 2:20-cv-4850

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

      **PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(ii) with prejudice; without costs,

or disbursements, or attorneys' fees to any party.


Dated:    Forest Hills, New York
           December 16, 2020


                                         Respectfully submitted,

                                         By: /s/Jonathan Shalom
                                         Jonathan Shalom, Esq.
                                         SHALOM LAW, PLLC.
                                         Phone: (718) 971-9474
                                         Email: Jonathan@ShalomLawNY.com
                                         *Attorneys for Plaintiff*


                  Application Granted
                     SO ORDERED
                 Brooklyn,  New York        *The Clerk is directed to close this case.*
                 Dated: 12/17/2020

                */s/ Eric N. Vitaliano*
                 Eric N. Vitaliano
            United States District Judge